## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LUKE MILLS**                                                                              **PLAINTIFF**
**#119075**

**v.**                                  **Case No. 4:23-cv-00700-KGB**

**HUFFMAN,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Luke Mills's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2; 8). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge